# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : HON. RONALD J. HEDGES

v. : CRIMINAL COMPLAINT

MARCOS HERMINIO-SANCHEZ,
a/k/a "Angel L. Ocasio,"
a/k/a "Genao" : Mag. No. 06-6056

RECEIVED APR 11 2006 WILLIAM T. WALSH, CLERK

I, Andrew Goldstein, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or before February 20, 2004, in the District of New Jersey and elsewhere, defendant MARCOS HERMINIO-SANCHEZ, a/k/a "Angel L. Ocasio," a/k/a "Genao"

SEE ATTACHMENT A

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 18, United States Code, Section 2.

I further state that I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

Andrew Goldstein, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,
April 11, 2006, at Newark, New Jersey

HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

## ATTACHMENT A

From on or before February 20, 2004, in the District of New Jersey and elsewhere, defendant

### MARCOS HERMINIO-SANCHEZ,
a/k/a "Angel L. Ocasio," a/k/a "Genao"

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding subsequent to his conviction for the commission of an aggravated felony, and thereafter, without the express consent of the Attorney General of the United States to reapply for admission prior to his re-embarkation at a place outside the United States, did knowingly and willfully enter and was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 18, United States Code, Section 2.

ATTACHMENT B

I, Andrew Goldstein, a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement, having conducted an investigation and having spoken with other individuals, have knowledge of the following facts:

1. Defendant MARCOS HERMINIO-SANCHEZ, a/k/a "Angel L. Ocasio," a/k/a "Genao" (hereinafter, "defendant HERMINIO-SANCHEZ") is a native and citizen of the Dominican Republic.

2. On or about April 29, 1988, defendant HERMINIO-SANCHEZ was convicted in the New Jersey Superior Court of the offense of Possession of a Controlled Dangerous Substance with Intent to Distribute, in violation of Section 2C:35-5A(1) of the New Jersey Code of Criminal Justice. Defendant HERMINIO-SANCHEZ was sentenced for this crime to the New Jersey Department of Corrections for a determinate sentence of 364 days' imprisonment and 5 years' probation. This conviction constitutes an aggravated felony as defined in 8 U.S.C. § 1101(a)(43).

3. On or about September 20, 1989, defendant HERMINIO-SANCHEZ was deported from the United States to the Dominican Republic pursuant to an order of deportation entered on September 8, 1989.

4. On or about February 20, 2004, defendant HERMINIO-SANCHEZ was arrested by federal law enforcement authorities for Providing False Information on a Passport Application, in violation of Title 18, United States Code, Section 1542. On October 27, 2004, defendant HERMINIO-SANCHEZ pleaded guilty to this charge and was sentenced to three years' probation.

5. Records reveal that the Attorney General of the United States did not expressly consent to defendant HERMINIO-SANCHEZ reapplying for admission to the United States prior to his re-embarkation at a place outside the United States or his reentry into the United States.